IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED, INC. and PATRIOT SCIENTIFIC CORPORATION, | § § § § | |
| | § | Civil Action No. 2:08-cv-227 (TJW) |
| *Plaintiffs,* | § | |
| vs. | § | Jury Demanded. |
| | § | |
| ASUSTEK COMPUTER, INC., | § § | |
| *Defendant.* | § § | |

## JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(2)

COME NOW Plaintiffs, Technology Properties Limited and Patriot Scientific Corporation, and Defendant, ASUSTeK Computer, Inc., and respectfully move the Court to dismiss this cause of action between them, without prejudice, pursuant to FRCP 41(a)(2). In order to prevent the operation of FRCP 41(a)(1)(B), the parties seek dismissal by court order. The parties also stipulate to dismiss, without prejudice, the similar action pending in the Northern District of California (Case No. 5:08-CV-00884). In support, the parties respectfully show the Court as follows:

I.

All matters in controversy between Plaintiffs and Defendant have been settled and compromised, and these parties jointly move to dismiss all causes of action asserted or which could have been asserted in this suit, without prejudice. These parties further move that all costs of court be assessed against the party who incurred them.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this motion be granted and that all causes of action asserted or which could have been asserted in this suit, be

1

dismissed without prejudice and that all costs of court be assessed against the party who incurred them.

Dated: February 10, 2009                      Respectfully submitted,

By:    /s/ N. Claire Abernathy
S. Calvin Capshaw
State Bar No. 03783900
E-mail: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
E-mail: ederieux@capshawlaw.com
N. Claire Abernathy
State Bar No. 24053063
E-mail: chenry@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Of Counsel:

Ronald F. Lopez
California Bar No. 11756
Email: rflopez@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Robert E. Krebs
California Bar No. 57526
Email: rkrebs@nixonpeabody.com
Christopher L. Ogden
California Bar No. 235517
Email: cogden@nixonpeabody.com
Nixon Peabody LLP
200 Page Mill Road, Suite 200
Palo Alto, CA 94306-2022
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

**ATTORNEYS FOR PLAINTIFF
TECHNOLOGY PROPERTIES LIMITED**

By: /s/ Charles Ainsworth by permission NCA
 Robert M. Parker
 State Bar No. 15498000
 E-mail: rmparker@pbatyler.com
 Robert Christopher Bunt
 State Bar No. 00787165
 E-mail: rcbunt@pbatyler.com
 Charles Ainsworth
 State Bar No. 00783521
 E-mail: charley@pbatyler.com
 Parker, Bunt & Ainsworth, P.C.
 100 East Ferguson, Ste. 1114
 Tyler, Texas 75702
 Telephone: (903) 531-3535
 Facsimile: (903) 533-9687

 Charles T. Hoge
 California Bar No. 110696
 E-mail: choge@knlh.com
 Kirby Noonan Lance & Hoge, LLP
 350 Tenth Avenue, Suite 1300
 San Diego, California 92101
 Telephone: (619) 231-8666
 Facsimile: (619) 231-9593

**ATTORNEYS FOR PLAINTIFF
PATRIOT SCIENTIFIC CORPORATION**

By: /s/ Deron Dacus by permission NCA
 Eric H. Findlay
 State Bar No. 00789886
 E-mail: efindlay@rameyflock.com
 Deron R. Dacus
 State Bar No. 00780553
 E-mail: ddacus@rameyflock.com
 Ramey & Flock
 100 East Ferguson, Suite 500
 Tyler, Texas 75702
 Telephone: (903) 597-3301
 Facsimile: (903) 597-2413

Kyle D. Chen
CA State Bar No. 239501
E-mail: kchen@whitecase.com
Mark F. Lambert
CA State Bar No. 197410
E-mail: mlambert@whitecase.com
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

**ATTORNEYS FOR DEFENDANT
ASUSTEK COMPUTER, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of February, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy
N. Claire Abernathy